FILED
JAN 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 10CR3970-GT |
| Plaintiff, ) | |
| v. ) | |
| GENARO VEGA-MORFIN, ) | |
| Defendant. ) | ORDER |

The joint request to continue the Sentencing Hearing is **GRANTED**.

**IT IS HEREBY ORDERED** that the Sentencing Hearing scheduled for January 25, 2011 is vacated and reset for February 28, 2011 at 9:00 a.m.

DATED: 1-20-11

HONORABLE GORDON THOMPSON, JR.,
United States District Judge

10CR3970-GT